AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA United States Courts

## UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

*July 23, 2024*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Ruperto PUENTE-Parga
A027 218 998 Mexico
AKA Jose Luiz RODRIGUEZ-Lopez

**CRIMINAL COMPLAINT**

Case Number: 1:24-MJ-416

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 21, 2024__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on July 21, 2024. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on January 16, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1,850.00 Mexican Pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Garza, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

July 23, 2024                                    at    Brownsville, Texas
Date                                                    City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                Signature of Judge